# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 98-10610

VICKI LYNN UNDERWOOD,

Plaintiff-Appellant,

versus

EAST TEXAS STATE UNIVERSITY,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Texas

(3:96-CV-2739-G)

June 4, 1999

Before POLITZ, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

Vicki Lynn Underwood appeals an adverse summary judgment in favor of East Texas State University. Having considered the briefs, oral arguments of counsel, and pertinent parts of the record, and finding neither error nor abuse of discretion, the judgment appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.